450 F.2d 795
 72-1 USTC P 9262
 UNITED STATES of America, Plaintiff-Appellee,
v.
Ray F. WILSON, Defendant-Appellant.
 No. 71-1998. Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 29, 1971.
Rehearing Denied Dec. 8, 1971.
 
 Roberson L. King, Houston, Tex., for defendant-appellant.
 Anthony J. P. Farris, U. S. Atty., Houston, Tex., for plaintiff-appellee.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See United States v. Wilson, 5 Cir. 1971, 440 F.2d 1103. See Local Rule 21.[1]
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966